```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 43933
   CARYN L GRIFFIN
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER


         Debtor
   SSN XXX-XX-5509

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 11/29/2004 and was confirmed 02/09/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 10/24/2007.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
BARNES USED CARS            SECURED           2000.00         145.49        2000.00
BARNES USED CARS            UNSECURED        NOT FILED           .00            .00
AMERICAN GENERAL FINANCE    NOTICE ONLY      NOT FILED           .00            .00
AMERICAN GENERAL FINANCE    UNSECURED         1922.22            .00         192.22
ASPIRE                      UNSECURED          678.98            .00          67.90
AT&T BROADBAND              UNSECURED        NOT FILED           .00            .00
CERTEGY PAYMENT RECOVERY    UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO PARKING     UNSECURED          100.00            .00          10.00
CITY OF CHICAGO PARKING     NOTICE ONLY      NOT FILED           .00            .00
COMCAST                     UNSECURED        NOT FILED           .00            .00
COMMONWEALTH EDISON         UNSECURED        NOT FILED           .00            .00
CARPET CORNER               UNSECURED          546.84            .00          54.68
ROBERT J SEMRAD & ASSOCI    UNSECURED        NOT FILED           .00            .00
T-MOBILE BANKRUPTCY         UNSECURED         1066.42            .00         106.64
T-MOBILE BANKRUPTCY         UNSECURED             .00            .00            .00
RICHARD S BASS              DEBTOR ATTY      1,900.00                       1,538.95
TOM VAUGHN                  TRUSTEE                                           234.12
DEBTOR REFUND               REFUND                                               .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 4,350.00

PRIORITY                                              .00
SECURED                                          2,000.00
    INTEREST                                       145.49
UNSECURED                                          431.44
ADMINISTRATIVE                                   1,538.95
TRUSTEE COMPENSATION                               234.12
DEBTOR REFUND                                         .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 43933 CARYN L GRIFFIN
```

```
                                 ---------------     ---------------
TOTALS                                  4,350.00            4,350.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                               /s/ Tom Vaughn
Dated: 01/25/08                _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE
```